**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-08316-ERW |
| | § | |
| LUKASZ M. WIDULINSKI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/13/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/20/2013         By:  /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-08316-ERW |
| | § | |
| LUKASZ M. WIDULINSKI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,500.00
*and approved disbursements of*     $4.25
*leaving a balance on hand of*[1] *:*     $2,495.75

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,495.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $625.00 | $0.00 | $625.00 |
| David P. Leibowitz, Trustee Expenses | $4.70 | $0.00 | $4.70 |

Total to be paid for chapter 7 administrative expenses:     $629.70
Remaining balance:     $1,866.05

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $1,866.05

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,866.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,291.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Capital One Bank (USA), N.A. | $1,092.22 | $0.00 | $385.14 |
| 2 | PYOD, LLC its successors and assigns as assignee | $4,199.74 | $0.00 | $1,480.91 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,866.05 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-08316-ERW
Lukasz M. Widulinski                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Feb 21, 2013
                              Form ID: pdf006          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2013.
```
db           +Lukasz M. Widulinski,    6017 W. Belmont Ave. #2,    Chicago, IL 60634-5116
18568103     +Capital One,    Po Box 70886,    Charlotte, NC 28272-0886
19174580      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
18568104     +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
18568107     +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
18568109      Financial Recovery Services, Inc.,    PO Box 3855908,    Minneapolis, MN 55438-5908
18568111     +HSBC,    Po Box 17264,    Baltimore, MD 21297-1264
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18568108     +E-mail/Text: creditonebknotifications@resurgent.com Feb 22 2013 02:30:42     Credit One,
               Po Box 60500,    City of Industry, CA 91716-0500
18568110     +E-mail/Text: swilloughby@firstbt.com Feb 22 2013 02:32:32     First Bank and Trust,
               820 Church St.,    Evanston, IL 60201-3764
19445367     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 22 2013 02:29:47
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18568105*    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
18568106*    +Chase,    Po Box 15153,    Wilmington, DE 19886-5153
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2013**           **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: cmendoza1              Page 2 of 2                  Date Rcvd: Feb 21, 2013
                               Form ID: pdf006              Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2013 at the address(es) listed below:

        Daniel P Scott   on behalf of Debtor Lukasz M. Widulinski daniel@chepovandscott.com
        David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
        il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ   on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
        il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4